UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBBY GENTHNER,<br><br>    Plaintiff,<br><br>  v.<br><br>ROBERT HENDRICK, et al.,<br><br>    Defendants. | CASE No. 1:17-cv-01173-AWI-MJS (PC)<br><br>**ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS**<br><br>**(ECF NO. 2)** |

Plaintiff is proceeding pro se in this civil rights action brought pursuant to 42 U.S.C. § 1983. On August 31, 2017, Plaintiff filed a motion to proceed in forma pauperis pursuant to 28 U.S.C. section 1915. (ECF No. 2.) The motion indicates that Plaintiff is unable to afford the fees for this litigation and that she is entitled to proceed without prepayment of fees.

Based on the foregoing, Plaintiff's motion to proceed in forma pauperis is HEREBY GRANTED.

IT IS SO ORDERED.

Dated: September 5, 2017        /s/ *Michael J. Seng*
                                                                                  UNITED STATES MAGISTRATE JUDGE